EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
JESSICA N. BLONIEN
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-1940
  Fax: (916) 322-8288
  Email: Maria.Chan@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHN KEVIN DUMLAO,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>HEDGPETH, Warden,<br><br>　　　　　　　Respondent. | 1:08-cv-01142 LJO SMS (HC)<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR LEAVE TO FILE A LATE MOTION TO DISMISS AND DIRECTING CLERK OF COURT TO FILE MOTION TO DISMISS ATTACHED TO COURT DOCUMENT #23 |

　　Respondent's request for leave to file a late Motion to Dismiss was considered by the Court, and good cause appearing, Respondent's request is granted.

　　IT IS HEREBY ORDERED that Respondent's Motion to Dismiss, which is attached to the Declaration of Maria G. Chan, be filed by the clerk.

IT IS SO ORDERED.

**Dated:　November 24, 2008**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order

1