# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KEVIN DUMLAO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>HEDGPETH, Warden,<br><br>　　　　　Respondent.<br>_____/ | 1:08-cv-01142-LJO-SMS (HC)<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT EXHIBITS ATTACHED TO STATE COURT FILINGS, IF ANY |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　Now pending before the Court is Respondent's motion to dismiss the instant petition as unexhausted filed November 26, 2008. (Court Doc. 25.) On December 30, 2008, Respondent submitted a second copy of the motion to dismiss with exhibits attached. (Court Doc. 30.) After a review of the exhibits, the Court cannot determine whether the copy of the petition filed in the California Supreme Court is a verbatim copy of such filing, including any exhibits and documents that may have been filed. Respondent is directed, if not already done so, to submit a complete copy of the state habeas petition filed in the California Supreme Court.

　　　Accordingly, it is HEREBY ORDERED that:

1. Within **ten (10)** days from the date of service of this order, Respondent shall submit a complete copy of the state court petition filed in the California Supreme Court; and,

2. If the copy of the petition submitted by Respondent on December 30, 2008 is complete, Respondent shall file a response so indicating.

IT IS SO ORDERED.

**Dated:    January 8, 2009**              /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE