# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KEVIN DUMLAO, | 1:08-cv-01142-LJO-SMS (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE |
| v. | |
| HEDGPETH, Warden, | [Doc. 33] |
| Respondent. | |
| _____/ | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 22, 2009, the Magistrate Judge issued Findings and Recommendation that the Respondent's Motion to Dismiss be GRANTED, and the instant petition be dismissed for failure to exhaust the state court remedies in violation of 28 U.S.C. § 2254(b)(1). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On February 23, 2009, Petitioner filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for

1    questioning the Magistrate Judge's analysis.

2              Accordingly, IT IS HEREBY ORDERED that:

3         1.       The Findings and Recommendation issued January 22, 2009, is ADOPTED IN

4                  FULL;

5         2.       The Motion to Dismiss is GRANTED;

6         3.       The Petition for Writ of Habeas Corpus is DISMISSED without prejudice; and,

7         4.       The Clerk of the Court is DIRECTED to close this action.

8    IT IS SO ORDERED.

9    **Dated:    February 25, 2009**                       /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE